# EXHIBIT 3

# SCDC Electrocution Letter (May 19, 2021)



# SMITH ROBINSON
### Forward thinking. Results driven.

Smith Robinson Holler DuBose and Morgan, LLC

COLUMBIA  2530 Devine Street, Columbia, SC  29205      SUMTER  126 N. Main Street, Sumter, SC 29151      CAMDEN  935 Broad Street, Camden, SC  29020
P: 803.254.5445  F: 803.254.5007                                      P: 803.778.2471  F: 803.778.1643                                P: 803.432.1992  F: 803.432.0784

Reply To:  Daniel C. Plyler
Columbia Office

May 19, 2021

The Honorable Daniel E. Shearouse
Clerk of Court for South Carolina Supreme Court
Supreme Court Building
1231 Gervais Street
Columbia, SC 29201

RE:   Richard Bernard Moore, SK # 6003
      Brad Keith Sigmon, SK # 6008
      Freddie Eugene Owens, SK # 5065

Dear Mr. Shearouse:

I have been retained to represent the South Carolina Department of Corrections (the "Department"). I have been authorized to alert the Supreme Court that, due to the recent amendment to S.C. Code Ann. Section 24-3-530, the Department now is now able to carry out executions by electrocution.

Thank you in advance for your time and consideration.

Very truly yours,

SMITH | ROBINSON

Daniel C. Plyler

cc:   J. Christopher Mills, Esquire (chris@chrismillslaw.com)
      Lindsey S. Vann, Esquire (lindsey@justice360sc.org)
      Emily C. Paavola, Esquire (emily@justice360sc.org)
      Hannah Freedman, Esquire (hannah@justice360sc.org)
      Megan Barnes, Esquire (megan@justice360sc.org)
      Brendan Van Winkle, Esquire (brendan@justice360sc.org)
      Joshua Snow Kendrick, Esquire (josh@kendrickleonard.com)
      Melody Brown, Esquire (mbrown@scag.gov)

www.SmithRobinsonLaw.com

Founding Partners:  G. Murrell Smith, Jr.  |  Jonathan M. Robinson  |  David C. Holler  |  John K. DuBose, III  |  H. Thomas Morgan, Jr.