# EXHIBIT 5

# South Carolina 2002 Execution Protocol



SK-22.03
Page 1

**RESTRICTED**

NUMBER:    SK-22.03

TITLE: EXECUTION PROCEDURES

ISSUE DATE: MAY 1, 2002

RESPONSIBLE AUTHORITY: INSTITUTIONAL DIVISION DIRECTOR III

OPERATIONS MANUAL: OPERATIONS

SUPERSEDES:   SK-22.03 (October 24, 2000)

RELEVANT SCDC FORMS/SUPPLIES: NONE

ACA/CAC STANDARDS:  NONE

STATE/FEDERAL STATUTES: Sections 24-3-510; 24-3-520; 24-3-530; 24-3-540; 24-3-550; 24-3-560; and 24-3-570, S.C. Code of Laws, 1976, as amended

PURPOSE: To provide general guidelines for the development of procedures to be followed prior to, during, and subsequent to an execution and from which more detailed and specific operational directives can be developed.

POLICY STATEMENT: As required by state law, the South Carolina Department of Corrections will conduct in a responsible, secure, and humane manner, the execution of inmates condemned to death. The South Carolina Department of Corrections will ensure the safety and security of the public and will have the absolute responsibility of providing for the security of those individuals awaiting execution.

Note: The *Institutional Division Director III* may authorize a designee to carry out any of the duties and responsibilities assigned by this policy/procedure to a specific Warden.

SPECIFIC PROCEDURES:

1. RECEIPT OF EXECUTION ORDER:

1.1 Upon the receipt of the order from the Clerk of Court of the execution, the Warden or designee, Lieber Correctional Institution (LCI) or, if a female inmate, the Warden or designee, Women's Correctional Institution (WoCI), will read to the condemned inmate the Execution Order, or allow the condemned inmate to read it himself/herself. The inmate may contact his/her attorney if s/he wishes

**RESTRICTED**

SK-22.03
Page 2

to do so. The inmate will acknowledge receipt of the Order of Execution by signing four (4) copies of the Affidavit of Service. S/he will be acknowledging that s/he has read or has had the Order of Execution read and s/he understands it. If the inmate refuses to sign or is unable to sign, the warden/designee and one other witness will sign the affidavit to show that the affidavit was served to the inmate. The inmate will retain one (1) copy, one (1) copy will be forwarded to the Office of General Counsel, one (1) copy will be retained at the institution, and one (1) certified copy will be remitted to the Clerk of Court of the South Carolina Supreme Court. The Warden will also discuss with the inmate his/her desired funeral arrangements and disposition of personal funds and property.

**1.2** After the Execution Order has been served, the inmate will be considered to be on "Execution Status" and will be placed in 24-hour Special Management housing. Male inmates placed on Execution Status will be housed in the U-1 Unit at Lieber Correctional Institution (LCI), and female inmates will be housed at the Women's Correctional Institution (WoCI).

**2. TIME OF EXECUTION:** The South Carolina Department of Corrections will carry out all death sentences on the fourth Friday immediately following the service of the Execution Order from the Clerk of the South Carolina Supreme Court to the inmate. The time of execution will be determined by the Agency Director.

**3. ELECTION OF EXECUTION METHOD:** No later than 14 days prior to the execution, the Warden, LCI (or, if a female, the Warden, WoCI), will meet with the inmate, at which time the inmate will choose the method of execution. The inmate will then sign an Affidavit/Choice of Execution Method.

**3.1** If the inmate declines to choose and was sentenced prior to June 8, 1995, the method of execution will be by electrocution.

**3.2** If the inmate declines to choose and was sentenced on or after June 8, 1995, the method of execution will be by lethal injection.

The inmate's decision is irrevocable. If the inmate refuses to sign the Affidavit/Choice of Execution Method, an officially notarized affidavit will be prepared for the Warden's signature and two (2) other officials as witnesses. The copy of the affidavit will be attached to the Affidavit/Choice of Execution Method. A copy of the Affidavit will also immediately be provided by the Warden, LCI, (or, if a female, the Warden, WoCI) to the *Institutional Division Director III*, and to the Warden, Broad River Correctional Institution (BRCI).

**4. MOVEMENT OF INMATE TO THE CAPITAL PUNISHMENT FACILITY (CPF):**

**4.1** The exact date and time of the inmate's transfer to the CPF will be coordinated by the Warden, BRCI and the Warden, LCI, (or, if a female, the Warden, WoCI) and will be approved by the *Institutional Division Director III*. This information will be kept confidential for security reasons.

**4.2** Prior to the inmate being moved to the CPF, his/her personal property will be inventoried, recorded, and secured in the Lieber or Women's Correctional Institution Property Control Room for disposition in accordance with the inmate's written instructions. A packet containing the original copies

of all documents *completed/written* by the inmate since receipt of the Execution Order, i.e., funeral arrangement documents, property disposition forms, etc., will be hand-carried to the Warden, BRCI. The inmate will be taken to the BRCI Identification Section by a BRCI Associate Warden, Major, or Captain and at least two (2) assistants, one (1) of whom will be of the same sex as the inmate. At that time, the inmate will be photographed and fingerprinted, and a positive identification will be made. The inmate will then receive a physical examination, and a body cavity search will be conducted by medical personnel. The inmate will be briefed by the Warden on procedures while in the CPF. *The inmate's legal counsel may be present during these proceedings if requested by the inmate.* An attorney from the SCDC Office of General Counsel will read the execution order to the inmate after arrival at the CPF prior to the execution.

5. **SECURITY OF CPF:** The South Carolina Department of Corrections has the absolute responsibility to provide security for those individuals awaiting execution. There will at all times be at least four (4) Correctional Officers and one (1) supervisory level staff member in the CPF when it is occupied prior to an execution. There will always be at least two (2) female staff members on duty when a female is housed at the CPF.

6. **VISITING PRIVILEGES:**

6.1 Upon placement of the inmate on Execution Status at Lieber Correctional Institution or the Women's Correctional Institution, the following individuals will be authorized to participate in visits with the condemned inmate while s/he is housed at Lieber Correctional or the Women's Correctional Institution, provided that each visitor provides advance notice and is then approved by the respective Warden or designee:

> 6.1.1 immediate family members as outlined in SCDC Policy/Procedure OP-22.09, "Inmate Visitation," will be permitted non-contact visits. However, prior to the execution of the inmate, the father, mother, spouse, and children may be authorized one (1) contact visit *per week* with the approval of the Warden or designee. *However, if the inmate or his/her visitor violate any law, policy/procedure, or institutional rule or regulation during any contact visit, the visit will be terminated and no additional contact visits will be authorized for the remainder of the inmate's time on Execution Status.*
>
> 6.1.2 clergy (no more than two [2]) may visit the inmate. The Institutional Chaplain will be responsible for coordinating with members of the clergy who wish to visit with the condemned inmate, and providing the name(s) of the clergy to the Warden or designee and to the Chief of the Pastoral Care Services Branch. The Chief of the Pastoral Care Services Branch and the Warden or designee will approve/disapprove clergy visits. These visits may be contact visits with the approval of the Warden or designee.
>
> 6.1.3 attorneys (no more than [2] attorneys of record in any court [or a combination of (1) attorney and (1) authorized paralegal]) may visit the inmate. Attorney visits may be contact visits with the approval of the Warden or designee. **All** paralegal visits will be non-contact visits. Verification that the attorney who is requesting a visit is the condemned inmate's attorney will be provided by the SCDC General Counsel's office.

SK-22.03
Page 4

**6.2 Visitation at the Broad River Correctional Institution Capital Punishment Facility (CPF):**

6.2.1 There will be no family visitation at the CPF of the BRCI if the inmate is transported on the day of the execution. Family visitation will be allowed at the CPF if the inmate is transported prior to the day of the execution. This visit will be non-contact and will be limited to no more than two (2) persons at a time.

6.2.2 Attorneys and clergy members will be allowed to visit the condemned inmate at the CPF, but the total number of visitors will be limited to no more than two (2) persons at a time. These visits may be contact visits with the approval of the Warden or designee. Verification that the attorney who is requesting a visit is the condemned inmate's attorney will be provided by the SCDC General Counsel's office. The BRCI Chaplain will be responsible for coordinating with members of the clergy who wish to visit with the condemned inmate, and providing the name(s) of the clergy to the BRCI Warden or designee and to the Chief of the Pastoral Care Services Branch. The Chief of the Pastoral Care Services Branch and the BRCI Warden or designee will approve/disapprove clergy visits.

6.3 Visitors will be advised of the parameters of visits, to include location, hours, duration of visit, contact or non-contact status, and related security procedures. All persons who enter Death Row and the Capital Punishment Facility will be subject to frisk searches.

**7. LAST MEAL:** While at Lieber Correctional Institution (or Women's Correctional Institution, if female), and no later than 14 days prior to the execution date, the condemned inmate will sign a statement requesting his/her last meal. The last meal request will be forwarded to the Warden of BRCI and will be honored as long as the request is reasonable. The Warden of BRCI will designate a staff member to procure the ingredients, prepare the last meal, and ensure that the meal is served at the appropriate time.

**8. SELECTION OF WITNESSES:**

8.1 Witnesses to the execution will consist of no more than eight (8) respectable citizens of the State of South Carolina, to include:

8.1.1 up to three (3) witnesses designated by the family of the victim; (NOTE: If there is more than one [1] victim, the Agency Director may reduce the number of family representatives to one [1] representative for each victim's family; provided, further, that if there are more than two [2] victims, the Agency Director may restrict the total number of victims' representatives in accordance with the space limitations of the CPF.)

8.1.2 up to three (3) media representatives (see Procedures 11.3 through 11.3.6, below);

8.1.3 the Solicitor, or an Assistant Solicitor designated by the Solicitor, from the judicial circuit which includes the county where the offense occurred; and

8.1.4 the chief law enforcement officer, or an officer designated by the chief, from the law enforcement agency that had original jurisdiction in the case.

**8.1.5** the condemned person's counsel (if requested by the inmate).

**8.1.6** the condemned person's religious leader (if requested by the inmate).

(Note: The inmate may substitute one person from his immediate family for either his counsel or religious leader, or two persons from his immediate family for both his counsel and religious leader. See Paragraph 16.3, below, for additional information.)

**8.2** All witnesses will be approved in writing in advance by the *Inspector General*, in consultation with the Agency Director. The only exception to this directive will be in the case of media representatives. The selection of media representatives to serve as official witnesses to any execution will be coordinated through the *Director, Office of Communications and Public Affairs*, in consultation with the Agency Director (see Procedures 11.3 through 11.3.6, below).

**8.3** In addition, the Agency Director will be responsible for appointing an official, non-SCDC observer to witness all pertinent activities associated with the execution. The observer's duties will commence with the transfer of the inmate to the CPF and will end after the transfer of the executed inmate from the CPF to the hearse.

**8.4** All selected witnesses will be required to abide by the security requirements imposed by the South Carolina Department of Corrections. Failure to comply with these directives will result in immediate removal as a witness.

**8.5** Under no circumstances will any audio recorders, cameras, telephonic equipment, or other recording devices be allowed inside the CPF during the execution.

**8.6** Orientation will be conducted by the *Director, Office of Communications and Public Affairs, in conjunction with the Director, Division of Victim Services* or designee for witnesses as to their duties and responsibilities.

**9. SELECTION OF EXECUTIONERS:** Designated executioners will be selected from employee volunteers of the South Carolina Department of Corrections, under the following guidelines:

**9.1** Executioners will be selected by the *Institutional Division Director III* and will be approved by the Agency Director.

**9.2** Under no circumstances will **any** employee of the South Carolina Department of Corrections having any relationship or association to either the victim or victim's family or to the condemned inmate be selected as an executioner.

**9.3** The identity of all executioners will be kept strictly confidential. Every effort will be made by officials of the South Carolina Department of Corrections to protect the anonymity of executioners.

**10. NOTIFICATION AND ADVISEMENT OF LAW ENFORCEMENT AGENCIES:** The *Institutional Division Director III* will serve in the capacity of Law Enforcement Coordinator and will

SK-22.03
Page 6

also be responsible for notifying appropriate SCDC personnel. In addition, the *Institutional Division Director III* will be responsible for coordinating and making arrangements for the safe and secure assembly of protesters and supporters of the execution on or near the front grounds of the Broad River Complex.

**11. PUBLIC AND NEWS MEDIA RELATIONS:** As directed by the Agency Director, the *Director, Office of Communications and Public Affairs*, will be responsible for all news media contact, to include the following:

**11.1** No news media interviews will be permitted with the condemned inmate or any other inmates as prescribed by current SCDC Policy/Procedure GA-02.01, "Inmate and Employee Relations with News Media and Others."

**11.2 Press Briefings:**

   **11.2.1** The *Director, Office of Communications and Public Affairs*, or designee will conduct a final press briefing immediately following the execution.

   **11.2.2** Any news media representatives desiring to be admitted to the Broad River Complex grounds on the day of the scheduled execution will be escorted by the *Director, Office of Communications and Public Affairs*, or designee. The press will not interfere with on-duty SCDC employees. Media representatives will not be allowed to interview the Warden or other employees of BRCI, LCI, or WoCI.

   **11.2.3** The *Director, Office of Communications and Public Affairs*, will arrange for background briefings to be completed prior to receipt and service of a death warrant.

**11.3 News Media Witnesses:**

   **11.3.1** The South Carolina Press Association and the Radio-Television News Directors' Association of the Carolinas will each select one (1) media representative to act as an official witness to the execution and one (1) alternate witness to be available in case the official witness is unable to attend the execution. The dominant wire service will appoint one (1) representative and one (1) alternate. These choices will be made at least two (2) weeks prior to the execution and submitted to the *Director, Office of Communications and Public Affairs*.

   **11.3.2** The media representatives selected as witnesses must be "respectable citizens" of the State of South Carolina and must perform all duties required of official execution witnesses. They will be escorted to and from the Execution Chamber Witness Area as provided for in this procedure.

   **11.3.3** Because of the high level of security that must be maintained during an execution, the *Director, Office of Communications and Public Affairs*, must (in consultation with the Agency Director) approve the media witnesses chosen. Also, if the South Carolina Press Association and the Radio-Television News Directors' Association of the Carolinas and the dominant wire service fail to make their choices, or if the official witness and alternate chosen by one (1) or

3:21-cv-01651-RBH    Date Filed 06/03/21    Entry Number 1-5    Page 8 of 18
2-27-04; 3:32PM;General Counsel                                ;803 8961766         # 8/ 18

SK-22.03
Page 7

more of the organizations are not present, the *Director, Office of Communications and Public Affairs*, will (in consultation with the Agency Director) choose a witness from the news media representatives available on site at the time immediately prior to the execution.

**11.3.4** All witnesses will be searched by a Correctional Officer prior to entering the CPF, as no cameras or electronic recording devices will be allowed in the witness area. Only *media representatives will be allowed to have* a writing pad and writing and drawing (sketching) implements in the Execution Chamber Witness Area of the CPF.

**11.3.5** All witnesses must sign the Execution Certificate in the witness waiting area in the CPF immediately after being excused from the witness chamber. The *Director, Office of Communications and Public Affairs*, will be responsible for transporting media witnesses from the CPF to a designated area on the grounds of the Broad River Complex.

**11.3.6** The SCDC General Counsel will ensure that necessary witness documents are available and properly completed in the CPF.

## 12. VISITATION BY CHAPLAINS AND MEMBERS OF THE CLERGY:

**12.1** The Department of Corrections is aware of its responsibility to provide for the spiritual welfare of inmates awaiting execution. Thus, it will be the responsibility of the Senior or Assistant Chaplain to make periodic visits to inmates awaiting execution, remain available, and assist in sustaining these inmates' spiritual welfare as may be necessary or desired.

**12.2** Upon arrival of the inmate at the CPF, the Senior Institutional Chaplain will immediately notify a member of the condemned inmate's immediate family and the inmate's minister. The Chaplain, if desired by the inmate, may be present when the inmate is moved to the CPF.

**12.3** The Senior Chaplain or designee, if so desired by the condemned inmate, may be present when the inmate is being prepared for execution. The Chaplain may also accompany the inmate to the Execution Chamber.

**12.4** Clergy will be allowed, if preferred by the inmate and approved in writing by the Warden, BRCI, to spend as much time with the inmate as security requirements will allow. One (1) clergy member may be present at the execution.

**12.5** Religious Rites may be administered prior to the execution if the inmate so desires. Such Rites may be administered by the Institutional Chaplain or the Clergy. The sacraments needed to administer communion will be provided by the institution.

**13. EXECUTIVE CLEMENCY:** In order that the Governor may be apprised of the execution status of inmates remitted to the custody of the South Carolina Department of Corrections, at least ten (10) days prior to the date scheduled for an inmate's execution, a copy of that inmate's record, commitment paper, Federal Bureau of Investigation record, and other relevant documents will be hand-carried by the *General Counsel* to the Governor's office for information, review, and consideration. The Governor may commute the inmate's sentence at any time prior to the execution. The *Institutional*

*Division Director III* will ensure that, at all times, the fastest possible telephonic communication is available to relay last-minute clemency to the Warden, BRCI. Upon notification of executive clemency, the Warden will immediately advise the inmate.

**14. TRAINING AND PREPARATION FOR EXECUTION:** It will be the responsibility of the Warden, BRCI, to train and prepare all individuals who are to participate in the actual carrying out of the death sentence. Practice sessions will be scheduled as needed. The number of these sessions will be prescribed by the Warden. Training sessions are not open to the news media or to any other person(s) not involved in carrying out the execution.

**15. HEALTH SERVICES RESPONSIBILITIES:**

**15.1** Arranging for autopsy and notifying the coroner of pending execution;

**15.2** Preparing the death certificate for the medical doctor to sign;

**15.3** Preparing the body removal permit;

**15.4** Ensuring that the inmate's medical record is current and is prepared to accompany the body to the coroner's office;

**15.5** Conducting a medical exam and body cavity search prior to the execution; and

**15.6** At least seven (7) days prior to the inmate's arrival to BRCI, reviewing the medical record for possible history of drug abuse and conducting a physical examination to ascertain the condition of the inmate's veins at all potential IV sites; and advising the Warden of any abnormalities immediately and ensuring that the attending surgeon is briefed.

**16. CARRYING OUT OF EXECUTION:**

**16.1** The hour the actual execution is to be carried out will be determined by the Agency Director.

**16.2** If there is potential for disruption during the execution process by any witness or participant, the Warden may deny access to the individual(s). Should a disruption occur during the procedures, the responsible individual(s) may be removed.

**16.3** The following individuals will be present in the CPF when the execution is carried out:

| | |
|---|---|
| Physician | one (1) |
| Executioners | three (3) (if by electrocution), or two (2) (if by lethal injection) |
| EMT or Physician's Assistant | two (2) (if by lethal injection), or none (if by electrocution) |

| | |
|---|---|
| Electricians | two (2) (one [1] of whom is an alternate) if execution is by electrocution |
| Warden | one (1) |
| Assistants to Warden | at least five (5) at the discretion of the Warden |
| *Religious Leader | one (1) (if requested by the condemned inmate) |
| *Attorney | one (1) (if requested by the condemned inmate) |
| Witnesses | eight (8) (as described in Procedure 8.1.1 through 8.1.6, above) |
| Official Non-SCDC Observer (Appointed by the Agency Director) | one (1) |

*(The attorney must be an Attorney of Record or Legal Counsel approved by the Warden and requested by the inmate or Attorney of Record. However, the inmate may substitute one person from his immediate family for either his counsel or religious leader, or two persons from his immediate family for both his counsel and religious leader. For purposes of this item, 'immediate family' means those persons eighteen years of age or older who are related to the convict by blood, adoption, or marriage within the second degree of consanguinity. Questions about whether or not a proposed substitute is an immediate family member should be addressed to the Office of General Counsel.)

The above individuals will arrive at the CPF at a time prescribed by the Warden.

**16.4** *Every effort will be made to limit the number of individuals at the CPF consistent with security needs.*

**16.5** All official witnesses, including news media representatives, will be escorted by the *Director, Office of Communications and Public Affairs*, to the CPF at least 15 minutes prior to the time of the scheduled execution. *Law enforcement witnesses as well as the Solicitor or his representative will be escorted by a Warden designated by the Institutional Division Director III. The victim's family members will be escorted by a representative of the Division of Victim Services. Family members of the inmate will be escorted by a staff member who will be designated by the Institutional Division Director III.*

**16.6** The actual execution will be carried out as prescribed by specific procedures developed to supplement these procedures and included as Attachment #1. The procedures outlined in Attachment #1 will be approved by the *Institutional Division Director III* and by the Agency Director prior to being authorized for implementation. The Agency Director or an approved designee will be responsible for determining the SCDC officials who will be provided copies of the same.

**16.7** If the method of death elected is lethal injection, the South Carolina Department of Corrections

3:21-cv-01651-RBH    Date Filed 06/03/21    Entry Number 1-5    Page 11 of 18
2-27-04; 3:32PM;General Counsel                                    ;803 8961766                # 11/ 18

SK-22.03
Page 10

will comply with all state and federal requirements and statutes regarding the registration, dispensing, distribution, transportation, and administration of all controlled substances and equipment.

## 17. POST EXECUTION:

**17.1** A Certificate of Execution will be prepared by the General Counsel to be signed by the executioner and by the attending physician immediately following the execution. The completed Certificate of Execution will be forwarded via certified mail (return receipt) by the General Counsel to the Clerk of Court of the county from which the condemned inmate was sentenced and to the Clerk of the South Carolina Supreme Court.

**17.2** A Witness Certificate of Execution will be prepared by the General Counsel to be signed by all witnesses immediately following the execution. The completed certificate will be forwarded in the same manner as the Certificate of Execution described in Paragraph 17.1, above.

**17.3** All controlled substances and bio-hazardous materials used to carry out the execution by lethal injection will be disposed of according to applicable state and federal regulations regarding controlled substances and equipment.

## 18. DISPOSITION OF BODY:

**18.1** Autopsy - In compliance with Agency policy and state law, an autopsy will be performed on the deceased inmate. Necessary arrangements will be made in advance by the Director for Health Services.

**18.2** The Chief, Pastoral Care Services Branch, will contract with a local funeral home to (1) have the deceased inmate's body transported to a location designated by the Pathologist who is scheduled to perform the autopsy, and (2) ensure that the body is properly disposed of as prescribed by policy.

**18.3** Upon completion of the autopsy, the deceased inmate's body may be released to a nearest relative as provided by state statute regarding Descent and Distribution. If the nearest relative refuses to claim the body, and if no other claim is made by relatives to the fifth degree of kinship, the body will be disposed of as are bodies of inmates who may die while in the custody of the South Carolina Department of Corrections. If the nearest relative desires that the body be transported to such person's former address in South Carolina, transportation expenses will be borne by the South Carolina Department of Corrections and a warrant will be drawn on the county Treasurer from which the deceased was sentenced. The Treasurer will then remit these expenses to the Department of Corrections and charge expense/cost to court expenses. If the body is transported outside the State of South Carolina, the cost will be at the relative's expense.

**19.** The Warden of the BRCI will ensure that Execution Team members *participate in* stress-trauma debriefing and counseling following the execution.

**20.** Within 30 days following the execution, the Warden, BRCI, will prepare and submit through appropriate channels to the Human Affairs Commission representative an after-action report of the execution.

21. Within statutory limitations, the Agency Director or his/her approved designee(s) reserves the right to modify these and any other Agency directives and procedures at any time to enhance the security and safety of the Agency, public, staff, and inmates. This includes, but is not limited to, terminating inmate visitation privileges on the date of an execution, adjusting employee work hours on the date of executions, etc. In addition, the Warden, BRCI, is granted the authority to make necessary internal operational and scheduling changes with the concurrence of the *Institutional Division Director III* to facilitate the safety and security of that particular institution on the date of a scheduled execution.

S/ *signature*
Gary D. Maynard, Director

Distribution (21 Copies):

General Counsel's Office, Office of the Governor
Director (1)
Chief of Staff (1)
Institutional Division III (1)
Institutional Division IV (1)
General Counsel (1)
Warden, Broad River Correctional Institution (2)
Warden, Lieber Correctional Institution (2)
Director for Administration (1)
Director for Health Services (1)
Director for Program Services (1)
Inspector General (1)
Investigations (1)
Division Director of Communications and Public Affairs
Division Director of Security (1)
Division Director of Resource Information Management (1)
Division Director of Construction and Maintenance (1)
Division Director of Transportation (1)
Chief, Pastoral Services Branch (1)

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
EXECUTION SCHEDULE                                    ATTACHMENT #1

| EXECUTION DAY | | |
|---|---|---|
| ELECTROCUTION | LETHAL INJECTION | BOTH METHODS MUST PROCESS |
| 1. Sponges and ammonia chloride solution will be prepared at direction of the Warden. | | 1. Phones will be checked.<br>2. Training drill for all personnel involved will be held if directed by the Warden.<br>3. Last meal will be ordered and will be served.<br>4. The inmate will be allowed a shower/change of clothes. |
| | **At Least 9:00 Prior to Execution**<br>Associate Warden or other persons authorized in the Controlled Substance Disposition Procedures will transport the lethal injection chemicals directly to the CPF Medical Room. | |
| **At Least 1:15 Prior to Execution**<br>1. An Execution Team member will supervise the shaving of the inmate's head with electric clippers and a safety razor, the shaving of the right leg of inmate from the knee to ankle, and the showering of the inmate.<br>2. The Electricians will report to Execution Chamber for electrical preparation. | **At Least 1:15 Prior to Execution**<br>EMT/PA will mix lethal injection chemical according to Controlled Substance Disposition Procedures and carry chemical and supplies to the Executioner's room. | **At Least 1:15 Prior to Execution**<br>1. Phone in Execution Chamber will be checked by the Warden/designee and Intercom turned on.<br>2. The inmate will be asked if s/he desires an injection of Valium. If the inmate requests the Valium, a 10 milligram intramuscular injection will be administered. |
| **At Least :45 Prior to Execution**<br>1. Execution Team will report to CPF and final check will be made of equipment and associated paraphernalia.<br>2. After showering, the inmate will be returned to his/her cell in the CPF and given clean clothes, which have the right trouser leg cut off at the knee. | **At Least :30 Prior to Execution**<br>Execution Team will report to CPF and final check will be made of equipment and associated paraphernalia. | |

**RESTRICTED - LIMITED DISTRIBUTION**

| EXECUTION DAY | | |
|---|---|---|
| ELECTROCUTION | LETHAL INJECTION | BOTH METHODS MUST PROCESS |
| | | **At Least :15 Prior to Execution**<br>1. Witness Room curtain remains closed.<br>2. Witnesses enter the Witness Room. |
| **At Least :10 Prior to Execution**<br>1. The Execution Team will enter the inmate's cell and the inmate will be restrained.<br>2. The inmate will be escorted to the Execution Chamber and restrained in the chair.<br>3. An Execution Team Member will apply conducting gel to the calf of the inmate's right leg and the crown of the inmate's head.<br>4. Copper anklet and electrodes will be attached to the right leg by the Electrician.<br>5. The Electrician will place the copper headpiece and sponge on the condemned inmate's head and secure them.<br>6. Electrodes will be attached to the headpiece by the Electrician.<br>7. The Witness Room Curtain will be opened.<br>8. The Electrician will place head restraint and hood over the inmate's head.<br>9. The Electrician will move to the equipment room and engage the circuit breaker. | **At Least: 10 Prior to Execution**<br>1. The Execution Team will enter the inmate's cell and the inmate will be restrained.<br>2. The inmate will be escorted to the preparation room and restrained to the table.<br>3. The inmate will be moved from the preparation room to the Execution Chamber and additional restraints will be applied and adjusted for the execution process.<br>4. Once the EMT/PA's have completed the IV and heart monitor setup and returned to the Executioner's Room, the Execution Team members will move to the rear of the back curtain and will remain on standby. The Warden will order the Witness Room window curtain to be opened by a designated team member. | |

| EXECUTION DAY (Continued) |||
|---|---|---|
| ELECTROCUTION | LETHAL INJECTION | BOTH METHODS MUST PROCESS |
| **Time of Scheduled Execution** | **Time of Scheduled Execution** | **Time of Scheduled Execution**<br>1. If there is a final statement, the Warden will turn on the intercom and the inmate's attorney of record will read the final statement to the official witnesses.<br>2. The Warden will make a final check with the Director for any stays or commutations.<br>3. If there are no stays or commutations, the Warden will signal that the execution will proceed. |
| 1. Upon confirmation from the electricians that the circuit breaker has been engaged, the Warden will give the signal to the executioners to engage switches and the automatic cycle will begin.<br>2. Once the cycle runs its course, the Electrician will indicate the machine is off and disengage the manual circuit breaker in the equipment room.<br>3. The Electrician will then enter the Execution Chamber, disconnect the electrodes from the inmate, and inform the Warden that it is safe for the EMT to examine the inmate. | 1. The designated Executioners will begin the rapid flow of lethal chemicals in the following order:<br>   a. Pentothal (Thiopental) 2 grams (GM);<br>   b. Pavulon (Pancurium Bromide) 50 milligrams (MG);<br>   c. Potassium Chloride/150 milliequivalents (MEQ).<br>2. The designated team member keeping time will start a stopwatch once the lethal chemicals have been injected. If the heart monitor does not indicate a flat line reading within ten (10) minutes, then a second set of lethal chemicals will be administered (Pavulon and Potassium Chloride only). The timekeeper will restart the stopwatch after the second set of chemicals are administered. This process will continue until the physician determines that death has occurred. The team members designated to administer chemicals will remain in place until death has been determined and the front curtain is closed.<br>3. The EMT/PA will observe the heart monitor and signal the physician indicating a flat line reading. | |

| EXECUTION DAY (Continued) |||
|---|---|---|
| ELECTROCUTION | LETHAL INJECTION | BOTH METHODS MUST PROCESS |
|  |  | 1. The physician will determine that death has occurred and will advise the Warden. The Warden will announce the time of death.<br>2. The Warden will advise that the sentence of the Court has been carried out, and he will ask the witnesses to exit the Witness Room and sign the Execution Certificate in the Witness Waiting Room.<br>3. The inmate's body will be removed from the chair (for electrocution) or from the execution gurney (for lethal injection) and will be placed on the funeral home gurney.<br>4. The Warden and the attending Physician will sign the Execution Certificate. |

**RESTRICTED**

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS

### MEMORANDUM

**TO:**       See Distribution List

**FROM:**     Mr. Gary D. Maynard, Director

**SUBJECT:**  Change 1 to SK-22.03, "Execution Directives," dated May 1, 2002

**DATE:**     September 6, 2002

This change is effective immediately.

**Page 2 and 3, Paragraph 4.2., is amended as follows:**

**4.2** Prior to the inmate being moved to the CPF, his/her personal property will be inventoried, recorded, and secured in the Lieber or Women's Correctional Institution Property Control Room for disposition in accordance with the inmate's written instructions. *In addition, a body cavity search will be conducted by medical personnel.* A packet containing the original copies of all documents *completed/written* by the inmate since receipt of the Execution Order, i.e., funeral arrangement documents, property disposition forms, etc., will be hand-carried to the Warden, BRCI. The inmate will be taken to the BRCI Identification Section by a BRCI Associate Warden, Major, or Captain and at least two (2) assistants, one (1) of whom will be of the same sex as the inmate. At that time, the inmate will be photographed and fingerprinted, and a positive identification will be made. The inmate will then receive a physical examination, and a body cavity search will be conducted by medical personnel. The inmate will be briefed by the Warden on procedures while in the CPF. *The inmate's* legal counsel may be present during these proceedings if requested by the inmate. An attorney from the SCDC Office of General Counsel will read the execution order to the inmate after arrival at the CPF prior to the execution.

Policy Holders should make the above changes to the policy/procedure and place this memo immediately in front of SCDC Policy/Procedure SK-22.03.

Questions regarding this change should be directed to the Institutional Division Director III.

S/ _____
Gary D. Maynard, Director

**RESTRICTED**

RESTRICTED

Page 2, Change 1 to SK-22.03
September 6, 2002

**Distribution:**

General Counsel's Office, Office of the Governor
Director (1)
Chief of Staff (1)
Institutional Division III (1)
Institutional Division IV (1)
General Counsel (1)
Warden, Broad River Correctional Institution (2)
Warden, Lieber Correctional Institution (2)
Director for Administration (1)
Director for Health Services (1)
Director for Program Services (1)
Inspector General (1)
Investigations (1)
Division Director of Communications and Public Affairs (1)
Division Director of Victims Services (1)
Division Director of Security (1)
Division Director of Resource Information Management (1)
Division Director of Construction and Maintenance (1)
Division Director of Transportation (1)
Chief, Pastoral Services Branch (1)

RESTRICTED