**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**COLUMBIA DIVISION**

| | | |
|---|---|---|
| Brad Keith Sigmon, | ) | Civil Action No. 3:21-cv-01651-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Bryan P. Stirling, in his official capacity | ) | **DEFENDANTS' RESPONSE IN SUPPORT** |
| as the Director of the South Carolina | ) | **OF GOVERNOR HENRY MCMASTER'S** |
| Department of Corrections, and the South | ) | **MOTION TO INTERVENE** |
| Carolina Department of Corrections, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendants Bryan P. Stirling, in his official capacity as the Director of the South Carolina Department of Corrections, and the South Carolina Department of Corrections (hereinafter and collectively, "Defendants"), by and through the undersigned counsel, file this short response in support of Governor Henry McMaster's June 8, 2021 Motion to Intervene. *See* ECF No. 17. Prior to counsel for Governor McMaster filing this Motion, counsel for Defendants gave their consent to the Governor's intervention in this action. The Governor's intervention is appropriate pursuant to Rule 24 of the Federal Rules of Civil Procedure and for the reasons discussed in detail in the Governor's Motion to Intervene. Governor McMaster is an appropriate intervening party in this action to defend South Carolina law. Therefore, Defendants consent to and are in support of Governor McMaster's Motion to Intervene.

*(signature page to follow)*

Respectfully submitted,

SMITH │ ROBINSON

*s/ Daniel C. Plyler*
DANIEL C. PLYLER (FED ID NO. 9762)
AUSTIN T. REED (FED ID NO. 13405)
2530 Devine Street
Columbia, SC 29205
T: 803-254-5445
F: 803-254-5007
Daniel.Plyler@SmithRobinsonLaw.com
Austin.Reed@SmithRobinsonLaw.com

*Counsel for Defendants Stirling and SCDC*

Columbia, South Carolina

June 8, 2021